COPY

1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12304 Santa Monica Blvd., Suite 109
   Los Angeles, CA 90025
3  Tel:  (310) 442-7755
   Fax:  (310) 442-7756
4  E-mail: service@braunlawgroup.com

5  **Liaison Counsel for Plaintiff**

6  Loren Kieve (56280)
   KIEVE LAW OFFICES
7  50 California Street, Suite 1500
   San Francisco, CA 94111
8  Tel:  (415) 364-0060
   E-mail: lk@kievelaw.com
9

   Christopher J. Gray
   LAW OFFICE OF CHRISTOPHER J.
   GRAY, P.C.
   460 Park Avenue, 21ST Floor
   New York, NY 10022
   Tel:  (212) 838-3221
   E-mail: gray@cjgraylaw.com

10 **Counsel for Plaintiff**
   [Additional counsel listed on signature page]
11
12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA

14 DR. RAJNIKANT KOTHARI, on       ) CASE NO.: SACV08-00440 DOC (RNBx)
   Behalf of Himself,              )
15                                 ) **CLASS ACTION**
                 Plaintiff,        )
16                                 ) **CERTIFICATE AS TO INTERESTED**
       vs.                         ) **PARTIES**
17                                 )
   FIRST AMERICAN TITLE            ) **PURSUANT TO LOCAL RULE 7.1-1**
18 INSURANCE COMPANY,              )
   FIDELITY NATIONAL TITLE         )
19 INSURANCE COMPANY,              )
   CHICAGO TITLE INSURANCE         )
20 COMPANY, TICOR TITLE            )
   INSURANCE COMPANY,              )
21 FIDELITY NATIONAL FINANCE,      )
   INC., UNITED GENERAL TITLE      )         **BY FAX**
22 INSURANCE COMPANY, FIRST        )
   AMERICAN CORPORATION,           )
23 COMMONWEALTH LAND TITLE         )
   INSURANCE COMPANY,              )
24 LAWYERS TITLE INSURANCE         )
   CORPORATION, LANDAMERICA        )
25 FINANCIAL GROUP, INC.,          )
   STEWART TITLE GUARANTY          )
26 COMPANY, and STEWART TITLE      )
   INSURANCE COMPANY,              )
27                                 )
                 Defendants.       )
28 _____)

The undersigned, counsel of record for Plaintiffs, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Dr. RAJNIKANT KOTHARI, plaintiff;
2. FIRST AMERICAN TITLE INSURANCE COMPANY, defendant;
3. FIDELITY NATIONAL TITLE INSURANCE COMPANY, defendant;
4. CHICAGO TITLE INSURANCE COMPANY, defendant;
5. TICOR TITLE INSURANCE COMPANY, defendant;
6. FIDELITY NATIONAL FINANCE, INC., defendant;
7. UNITED GENERAL TITLE INSURANCE COMPANY, defendant;
8. FIRST AMERICAN CORPORATION, defendant;
9. COMMONWEALTH LAND TITLE INSURANCE COMPANY, defendant;
10. LAWYERS TITLE INSURANCE CORPORATION, defendant;
11. LANDAMERICA FINANCIAL GROUP, INC., defendant;
12. STEWART TITLE GUARANTY COMPANY, defendant; and
13. STEWART TITLE INSURANCE COMPANY, defendant.

Dated: April 23, 2008

Michael D. Braun
BRAUN LAW GROUP, P.C.

By: /s/ Michael D. Braun
Michael D. Braun
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Tel:  (310) 442-7755
Fax:  (310) 442-7756
E-mail: service@braunlawgroup.com

**Liaison Counsel for Plaintiff**

1

|   |   |
|---|---|
| 1 | Loren Kieve |
| 2 | KIEVE LAW OFFICES |
|   | 50 California Street, Suite 1500 |
| 3 | San Francisco, CA 94111 |
|   | Tel:   (415) 364-0060 |
| 4 | Fax:   (415) 439-5377 |
|   | E-mail:  lk@kievelaw.com |

Loren Kieve
KIEVE LAW OFFICES
50 California Street, Suite 1500
San Francisco, CA 94111
Tel:   (415) 364-0060
Fax:   (415) 439-5377
E-mail:  lk@kievelaw.com

Christopher J. Gray
LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.
460 Park Avenue, 21ST Floor
New York, NY 10022
Tel:   (212) 838-3221
Fax:   (212) 508-3695
E-mail:  gray@cjgraylaw.com

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE
2600 Philmont Avenue
Huntingdon Valley, PA 19006
Tel:   (215) 914-2460
Fax:   (215) 914-2462
E-mail: knarine@kbnlaw.com

Louis F. Burke
E-mail: lburke@lfblaw.com
Leslie Wybiral
E-mail:  ewybiral@lfblaw.com
LOUIS F. BURKE, P.C.
460 Park Avenue, 21ST Floor
New York, NY 10022
Tel:   (212) 682-1700
Fax:   (212) 808-4280

Samuel D. Edwards
E-mail:  sedwards@sselaw.com
Kirk G. Smith
E-mail:  ksmith@sselaw.com
SHEPHERD SMITH & EDWARDS LLP
1010 Lamar Street,  Suite 900
Houston, TX 77002
Tel:   (713) 227-2400
Fax:   (713) 227-7215

**Counsel for Plaintiff**

2