# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dr. Rajnikant Kothari | CASE NUMBER: |
|---|---|
| Plaintiff(s), | SACV 08-00440 DOC (RNBx) |
| v. | |
| First American Title et al. | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07-02 ( Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 07-02.

_5-5-07_  _Dale S Fischer_
Date          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

Date          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 08-1897 DSF (AJWx)_____ and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Robert N Block_ to Magistrate Judge _Andrew J Wistrich_.

On all documents subsequently filed in this case, please substitute the initials ___DSF (AJWx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___SACV 08-440 DSF (AJWx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-34 (06/07)      ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07-02 ( Related Cases)