1  FRANK E. MERIDETH, JR. (46266)
   GREENBERG TRAURIG, LLP
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
3  Tel: (310) 586-7700 Fax: (310) 586-7800
4  meridethf@gtlaw.com

5  Attorneys for Defendants THE FIRST
   AMERICAN CORPORATION,
6  FIRST AMERICAN TITLE INSURANCE
   COMPANY, and UNITED GENERAL
7  TITLE INSURANCE COMPANY
8  (acting on behalf of the Defendants
   listed below for purposes of this stipulation)
9
   Michael D. Braun (167416)
10 BRAUN LAW GROUP, P.C.
   12304 Santa Monica Blvd., Suite 109
11 Los Angeles, CA 90025
12 Tel: (310) 442-7755 Fax: (310) 442-7756
   service@braunlawgroup.com
13
14 Attorneys for Plaintiff Rajnikant Kothari

15

16                    UNITED STATES DISTRICT COURT

17                    CENTRAL DISTRICT OF CALIFORNIA

18  | DR. RAJNIKANT KOTHARI, on | CASE NO. CV 08-440 DSF (AJWx) |
19  | Behalf of Himself,        |                                |
20  |        Plaintiff,         |                                |
    |                           | Assigned Judge: Hon. Dale S. Fisher |
21  |                           |                                |
22  | vs.                       | STIPULATION AND [PROPOSED] ORDER RE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |
23  |                           |                                |
24  | FIRST AMERICAN TITLE      |                                |
    | INSURANCE COMPANY, et al.,|                                |
25  |                           |                                |
26  |        Defendants.        |                                |

27

28

WHEREAS, on April 23, 2008, Plaintiff filed a Complaint seeking recovery under the Sherman Act, Cal. Bus. and Prof. Code §§ 16720, *et seq.*, Cal. Bus. and Prof. Code §§ 17200, *et seq.*, and alleging unjust enrichment;

WHEREAS, not all of the Defendants have yet retained local counsel admitted in the Central District of California, but have authorized counsel for Defendant First American Corporation to file this Stipulation;

WHEREAS, this action is one of sixty-four (64) actions recently filed in district courts across the country that are the subject of a pending Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings filed with the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") in *In re Title Insurance RESPA and Antitrust Litigation* (the "MDL Motion"), and that motion is scheduled for argument before the J.P.M.L. on May 29, 2008; and

WHEREAS, Defendants believe that judicial economy and efficiency will be promoted by staying all proceedings in the above-captioned action pending a determination of the MDL Motion, and therefore, have requested such a stay; and

WHEREAS, Plaintiff's counsel has agreed to this request;

NOW THEREFORE, the undersigned parties through their respective counsel stipulate and respectfully request on behalf of all Defendants that the Court order as follows:

1. The attorneys for the following Defendants hereby accept service of the Complaint on behalf of those Defendants.

Greenberg Traurig, LLP: The First American Corporation, First American Title Insurance Company, and United General Title Insurance Company.

Simpson Thacher & Bartlett, LLP: Fidelity National Title Insurance Company, Chicago Title Insurance Company, Ticor Title Insurance Company, and Fidelity National Financial, Inc.

Fulbright & Jaworski, LLP and Sidley Austin, LLP: Stewart Title Guaranty Company and Stewart Title Insurance Company.

Dykema Gosset, LLP and Sutherland Asbill & Brennan, LLP: Landamerica Financial Group, Inc., Commonwealth Land Title Insurance Company, and Lawyers Title Insurance Corporation.

2. All proceedings in the above-captioned action shall be stayed until the Judicial Panel on Multidistrict Litigation determines the pending MDL Motion.

3. Defendants shall not be obligated to answer, move, or otherwise respond to the Complaint in the above-captioned action until either:

(a) If the Judicial Panel on Multidistrict Litigation grants the pending MDL Motion, 45 days after the action appears on the docket of the transferee court and is assigned by the transferee court to the judge presiding over the MDL; or

(b) If the Judicial Panel on Multidistrict Litigation denies the pending MDL Motion, 45 days after the denial of the pending MDL Motion.

4. This is the first extension of Defendants' time to move against, answer or otherwise respond to the Complaint in this action.

5. Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer of this action or coordination or consolidation of this action with any other action.

6. Defendants do not waive and hereby preserve any defenses based upon a failure to state a claim upon which relief can be granted, lack of subject matter or personal jurisdiction, lack of proper venue or other potential defenses.

7. This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2  Dated: May 16, 2008 | GREENBERG TRAURIG, LLP |
| 3 | |
| 4 | By _____ |
| 5 | FRANK E. MERIDETH, JR. |
|   | Attorneys for Defendants THE FIRST |
| 6 | AMERICAN CORPORATION, FIRST |
| 7 | AMERICAN TITLE INSURANCE COMPANY, |
|   | and UNITED GENERAL TITLE INSURANCE |
| 8 | COMPANY (acting on behalf of the Defendants |
| 9 | listed below for purposes of this stipulation) |

*Of Counsel*:
GREENBERG TRAURIG, LLP
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

Attorneys for Defendants THE FIRST
AMERICAN CORPORATION, FIRST
AMERICAN TITLE INSURANCE COMPANY,
and UNITED GENERAL TITLE INSURANCE
COMPANY

SIMPSON THACHER & BARTLETT, LLP
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

Attorneys for Defendants FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, and CHICAGO TITLE INSURANCE COMPANY

FULBRIGHT & JAWORSKI, LLP
Mark A. Robertson
David Foster
George Gasper
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Facsimile: 212-318-3400
mrobertson@fulbright.com
dfoster@fulbright.com
ggasper@fulbright.com

- and -

STIPULATION AND [PROPOSED] ORDER RE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

SIDLEY AUSTIN, LLP
Samuel R. Miller
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-7447
Facsimile: (415) 772-7400
srmiller@sidley.com

Attorneys for Defendants
STEWART TITLE GUARANTY COMPANY
and STEWART TITLE INSURANCE
COMPANY


DYKEMA GOSSETT, LLP
J. Kevin Snyder
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants LANDAMERICA
FINANCIAL GROUP, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, and LAWYERS
TITLE INSURANCE CORPORATION

*Of Counsel*:
SUTHERLAND ASBILL & BRENNAN, LLP
Phillip Stano
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Telephone: (202) 383-0261
Facsimile: (202) 637-3539
Philip.stano@sablaw.com

Attorneys for Defendants LANDAMERICA
FINANCIAL GROUP, INC.,
COMMONWEALTH LAND TITLE
INSURANCE COMPANY, and LAWYERS
TITLE INSURANCE CORPORATION

| | | |
|---|---|---|
| 1 | Dated: May_____, 2008 | BRAUN LAW GROUP, P.C. |
| 2 | | |
| 3 | | By: //s// Michael D. Braun |
| | | Michael D. Braun (167416) |
| | | 12304 Santa Monica Blvd., Suite 109 |
| 4 | | Los Angeles, CA 90025 |
| 5 | | Telephone: (310) 442-7755 |
| | | Facsimile: (310) 442-7756 |
| 6 | | service@braunlawgroup.com |
| 7 | | Attorneys for Plaintiff Rajnikant Kothari |
| 8 | | **Liason Counsel for Plaintiff** |

KIEVE LAW OFFICES
Loren Kieve
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 364-0060
Facsimile: (415) 439-5377
lk@kievelaw.com


LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.
Christopher J. Gray
460 Park Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 838-3221
Facsimile: (212) 508 3695
gray@cjgraylaw.com


LAW OFFICE OF KRISHNA B. NARINE
Krishna B. Narine
2600 Philmont Avenue
Huntingdon Valley, PA 19006
Telephone: (215) 914-2460
Facsimile: (215) 914-2462
knarine@kbnlaw.com

LOUIS F. BURKE, P.C.
Louis F. Burke
Leslie Wybiral
460 Park Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 682-1700
Facsimile: (212) 808-4280
lburke@lfblaw.com
ewybiral@lfblaw.com

SHEPHERD SMITH & EDWARDS, LLP
Samuel Edwards
Kirk G. Smith
1010 Lamar Street, Suite 900
Houston, TX 77002
Telephone: (713) 227-2400
Facsimile: (713) 227-7215
sedwards@sselaw.com
ksmith@sselaw.com

1  FRANK E. MERIDETH, JR. (46266)
   GREENBERG TRAURIG, LLP
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
3  Tel: (310) 586-7700 Fax: (310) 586-7800
4  meridethf@gtlaw.com

5  Attorneys for Defendants THE FIRST
   AMERICAN CORPORATION,
6  FIRST AMERICAN TITLE INSURANCE
   COMPANY, and UNITED GENERAL
7  TITLE INSURANCE COMPANY
8  (acting on behalf of the Defendants
   listed below for purposes of this stipulation)
9
10 Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
11 12304 Santa Monica Blvd., Suite 109
   Los Angeles, CA 90025
12 Tel: (310) 442-7755 Fax: (310) 442-7756
   service@braunlawgroup.com
13
14 Attorneys for Plaintiff Rajnikant Kothari

15

16                  UNITED STATES DISTRICT COURT

17                  CENTRAL DISTRICT OF CALIFORNIA

18 | DR. RAJNIKANT KOTHARI, on    | CASE NO. CV 08-440 DSF (AJWx)
19 | Behalf of Himself,            |
20 |        Plaintiff,             | Assigned Judge: Hon. Dale S. Fisher
21 |                               |
22 |   vs.                         | [PROPOSED] ORDER RE TIME FOR
23 |                               | DEFENDANTS TO RESPOND TO
                                   | COMPLAINT
24 | FIRST AMERICAN TITLE          |
   | INSURANCE COMPANY, et al.,   | [Filed Currently With Stipulation]
25 |                               |
26 |        Defendants.            |
27
28

[PROPOSED] ORDER RE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

**PURSUANT TO STIPULATION FILED CURRENTLY HEREWITH, IT IS SO ORDERED.**

DATED: _____       _____
                              HON. DALE S. FISCHER

2

**[PROPOSED] ORDER RE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**