## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-1897 DSF (AJWx)<br>SACV 08-0440 DSF (AJWx)<br>SACV 08-0591 DSF (AJWx)<br>SACV 08-0620 DSF (AJWx) | Date | 8/26/08 |
|---|---|---|---|
| Title | Davis v. Fidelity National Financial, Inc. et al.<br>Kothari v. First American Title Ins. Co. et al.<br>Magana v. Fidelity National Financial, Inc. et al.<br>Moynahan v. Fidelity National Financial, Inc. et al. | | |

Present: The Honorable    DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order GRANTING Motion To Transfer Venue

      The Court has reviewed the unopposed motion to transfer venue, is satisfied that all parties have been served, and has received no opposition to the motion. Pursuant to 28 U.S.C. § 1404(a), the above captioned actions are transferred to the United States District Court for the Northern District of California.

      IT IS SO ORDERED.



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN  DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN  DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**     Clerk, United States District Court

_____ District of _____

_____

_____

**Re:**   Transfer of our Civil Case No. _____

         Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐     Original case file documents are enclosed in paper format.
☐     Electronic Documents are accessible through Pacer.
☐     Other: _____

         _____

                                                Very truly yours,

                                                Clerk, U.S. District Court

Date: _____           By _____
                                                Deputy Clerk

_cc:_   _All counsel of record_

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐     CivilIntakecourtdocs-LA@cacd.uscourts.gov     (Los Angeles Office)
☐     CivilIntakecourtdocs-RS@cacd.uscourts.gov     (Riverside Office)
☐     CivilIntakecourtdocs-SA@cacd.uscourts.gov     (Santa Ana Office)

Case Number: _____

                                                Clerk, U.S. District Court

Date: _____           By _____
                                                Deputy Clerk