(AJWx), CLOSED, DISCOVERY, RELATED–G, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division – Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:08–cv–00440–DSF–AJW

Dr. Rajnikat Kothari v. First American Title Insurance Company et al
Assigned to: Judge Dale S. Fischer
Referred to: Magistrate Judge Andrew J. Wistrich
 Related Case:   2:08–cv–01897–DSF–AJW
Cause: 28:1331 Fed. Question: Anti–trust

Date Filed: 04/23/2008
Date Terminated: 08/26/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**Dr Rajnikant Kothari**                                           represented by   **Loren Kieve**
*on Behalf of Himself*                                                            Kieve Law Offices, Inc.
                                                                                  5A Funston Avenue
                                                                                  The Presidio of San Francisco
                                                                                  San Francisco, CA 94129–1110
                                                                                  415–364–0060
                                                                                  Fax: 415–364–0060
                                                                                  Email: lk@kievelaw.com
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Michael D Braun**
                                                                                  Braun Law Group
                                                                                  12304 Santa Monica Blvd Suite 109
                                                                                  Los Angeles, CA 90025
                                                                                  310–442–7755
                                                                                  Fax: 310–442–7756
                                                                                  Email: service@braunlawgroup.com
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**First American Title Insurance Company**                        represented by   **Frank Eugene Merideth, Jr**
                                                                                  Greenberg Traurig
                                                                                  2450 Colorado Avenue, Suite 400E
                                                                                  Santa Monica, CA 90404
                                                                                  310–586–7825
                                                                                  Email: meridethf@gtlaw.com
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Fidelity National Title Insurance Company**

**Defendant**

**Chicago Title Insurance Company**

**Defendant**

**Ticor Title Insurance Company**

**Defendant**

**Fidelity National Finance Inc**

**Defendant**

**United General Title Insurance Company**

**Defendant**

**First American Corporation**                                        represented by    **Frank Eugene Merideth, Jr**
                                                                                         (See above for address)
                                                                                         *LEAD ATTORNEY*
                                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth Land Title Insurance
Company**

**Defendant**

**Lawyers Title Insurance Corporation**

**Defendant**

**Landamerica Financial Group Inc**

**Defendant**

**Stewart Title Guaranty Company**

**Defendant**

**Stewart Title Insurance Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2008 | Ï 1 | COMPLAINT against defendants Ticor Title Insurance Company, Fidelity National Finance Inc, United General Title Insurance Company, First American Corporation, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Landamerica Financial Group Inc, Stewart Title Guaranty Company, Stewart Title Insurance Company, First American Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company.(Filing fee $ 350 paid) Jury Demand., filed by plaintiff Rajnikant Kothari.(twdb) Additional attachment(s) added on 4/30/2008 (twdb, ). (Entered: 04/30/2008) |
| 04/23/2008 | Ï | 20 DAY Summons Issued re Complaint – (Discovery), 1 as to defendants Ticor Title Insurance Company, Fidelity National Finance Inc, United General Title Insurance Company, First American Corporation, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation, Landamerica Financial Group Inc, |

| | | Stewart Title Guaranty Company, Stewart Title Insurance Company, First American Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title Insurance Company. (twdb) (Entered: 04/30/2008) |
|---|---|---|
| 04/23/2008 | Ï 2 | CERTIFICATE of Interested Parties filed by Plaintiff Rajnikant Kothari. (twdb) Additional attachment(s) added on 4/30/2008 (twdb, ). (Entered: 04/30/2008) |
| 05/07/2008 | Ï 3 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07–02 –Related Case– filed. Related Case No: CV08–1897 DSF (AJWx). Case transfered from Judge Robert N. Block and David O. Carter to Judge Dale S. Fischer and Andrew J. Wistrich for all further proceedings. The case number will now reflect the initials of the transferee Judge SACV08–440 DSF (AJWx).Signed by Judge Dale S. Fischer (at) (Entered: 05/07/2008) |
| 05/09/2008 | Ï 4 | STANDING ORDER FOR CASES ASSIGNED to Judge Dale S. Fischer. Read This Order Carefully. It Controls This Case and Differs in Some Respects From the Local Rules. (See Order for Further Details). (sch) (Entered: 05/09/2008) |
| 05/16/2008 | Ï 5 | STIPULATION for Extension of Time to File Answer to 45 days after 5/29/08 re Complaint – (Discovery), Complaint – (Discovery), Complaint – (Discovery) 1 filed by Defendant First American Corporation, First American Title Insurance Company. (Attachments: # 1 Proposed Order)(Merideth, Frank) (Entered: 05/16/2008) |
| 08/26/2008 | Ï 6 | MINUTES OF IN CHAMBERS ORDER held before Judge Dale S. Fischer: ORDER GRANTING MOTION to Change Venue to Northern District of California. The Court has reviewed the unopposed motion to transfer venue, is satisfied that all parties have been served, and has received no opposition to the motion. Pursuant to 28 U.S.C. § 1404(a), the above captioned actions are transferred to the United States District Court for the Northern District of California.(MD JS–6. Case Terminated.) (Attachments: # 1 CV 22) (mg) (Entered: 08/28/2008) |