**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 4, 2008

CASE TITLE:    RAJNIKANT KOTHARI-v-FIRST AMERICAN TITLE INSURANCE CO
RECEIVED FROM:  Central District of California, Case No.: SA CV 08-00440 DSF(AJWx)

CASE NUMBER:    CV 08-04131 WDB

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District. All future filings should reflect the above case number.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *Cynthia J. Lenahan*

    by: Cynthia Lenahan
    Case Systems Administrator

o:\mrg\civil\transin.mrg